# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3738
LT Case No. 2012-CF-003540-A

_____

IVERYLEE ARASHELLA JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 appeal from the Circuit Court for Seminole County.
Donna Goerner, Judge.

Iverylee Arashella Johnson, Century, Appellant.

No Appearance for Appellee.


February 20, 2024


PER CURIAM.

AFFIRMED.


MAKAR, LAMBERT, and KILBANE, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————